**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 01-6302**

───────────

ELWOOD COX-EL,

Plaintiff - Appellant,

versus

LAMONT W. FLANAGAN, Commissioner of Division
of Pretrial Detention & Services; WILLIAM
JEDNORSKI, Warden, Baltimore Central Booking
Intake Center; MARTIN O'MALLEY, Baltimore
Mayor; BALTIMORE CITY COUNCIL; CITY OF
BALTIMORE,

Defendants - Appellees,

and

3 UNKNOWN NAMED CORRECTIONAL OFFICERS, at
Central Booking Intake Center,

Defendants.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
00-2588-S)

───────────

Submitted: July 31, 2001        Decided: August 24, 2001

───────────

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

---

Elwood Cox-El, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Glenn T. Marrow, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland; William Rowe Phelan, Jr., OFFICE OF THE CITY SOLICITOR, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Elwood Cox-El appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Cox-El v. Flanagan, No. CA-00-2588-S (D. Md. Feb. 5, 2001). We deny Cox-El's motion for the appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2